Court of Criminal Appeal of Texas
office of The Clerk
Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas
78711

20,577-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 28 2015

Abel Acosta, Clerk

July 18, 2015

Dear Clerk:,

I am requesting for the statutes of the Jurisdiction, and also the Rules of the Supreme Court, ruling where I could re-file my Petition of Habeas Corpus.

I think my State Conviction are in violation of the State of appeal Statutes.

Unfortunately, my appeal attorney filed "Ander Brief" on the behalf of my appeal, with the experience Mr. Roy E. Greenwood, has in Criminal law, but he abandons all issues that was not raised and argued in initial brief on appeal.

Unfortunately, with the responsibility and the experience Mr. Roy E. Greenwood, also refuse my Constitutional Rights, to all record on appeal which includes Complete transcript of proceedings at trial, See, US V. Neal 27 F.3d. 1035 (5th. Civ. 1994); Griffin V. Illinois, 351 US 12, 100 L.Ed. 891, 76 Sct. 585 (1956); all because, everyone turn their heads in these violation with a pat on the back, where is Justice here..

Thank you,
1st Jamie Fletcher
Mr. Jamie Fletcher, Sr. #119455
P.O. Box 1449          Bandera County Jail
Bandera, Texas 78003